210 So.2d 504

## AMERICAN NATIONAL INSURANCE COMPANY

v.

### Mrs. Angela R. RAMON and Mrs. Mary R. Purpe.

No. 49241.

June 4, 1968.

In re: Mrs. Angela R. Ramon applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 208 So.2d 392.

Writ refused. The judgment is not final.

210 So.2d 504

### Frederick C. WILLIAMS et al.

v.

### HUMBLE OIL & REFINING COMPANY et al.

No. 49275.

June 4, 1968.

In re: Jack F. Harang, Moise S. Steeg, Jr., and Louis G. Shushan applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 208 So.2d 699.

Writs denied. The judgment is not final.